NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL J. STARANOWICZ,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3197

---

Petition for review of the Merit Systems Protection Board in case no. PH0752110383-C-1.

---

## ON MOTION

---

## ORDER

The Department of Treasury moves for a 10-day extension of time, until October 25, 2012, to file its brief. Michael J. Staranowicz responds. The Department of Treasury replies. Staranowicz moves for oral argument. The Department of Treasury does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

MICHAEL STARANOWICZ v. TREASURY                          2

(2) The motion for oral argument is deferred for consideration by the merits panel assigned to hear the case.

(3) A copy of the papers relating to the motion for oral argument and this order shall be transmitted to the merits panel assigned to decide this case

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26